IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **JOSHUA HEAD**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Case No.: 6:23-cv-00029-NKM |
| **MODINE MANUFACTURING COMPANY**, | ) |
| *Defendant*. | ) |

### CONSENT DISMISSAL ORDER

WHEREFORE, the parties have reached an agreement resolving all issues in this case.

The parties stipulate and agree, through their undersigned counsel, that the above-identified action be and hereby is dismissed **WITH PREJUDICE**, and that each party shall bear its own attorney fees and costs incurred in this action. Accordingly, it is hereby

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the docket. The Clerk shall administratively close the case.

**IT IS SO ORDERED**.

Dated: November _____, 2023

_____
The Honorable Norman K. Moon
Judge, Western District of Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| ***/s/ Christopher E. Collins*** | ***/s/ Amy M. Pocklington*** |
| Christopher E. Collins | Amy M. Pocklington |
| YUGO COLLINS, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 25 Franklin Road, SW | 901 East Byrd Street, Suite 1300 |
| Roanoke, Virginia 24011 | Richmond, Virginia 23219 |
| (540) 861-1529 | (804) 663-2330 |
| chris@yugocollins.com | amy.pocklington@ogletreedeakins.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |